### O. L. HALL v. THE STATE.

No. 21783. Delivered December 10, 1941.
Rehearing Denied (Without Written Opinion) January 28, 1942.

The opinion states the case.

*Nat Gentry, Jr.,* of Tyler, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of passing a forged instrument, and his punishment assessed at two years' confinement in the penitentiary.

The indictment properly charges the offense. The record contains no bills of exception. The evidence is deemed sufficient to support the conviction.

The judgment is affirmed.